IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-00437(DWA) |
| ) | |
| INGRID N. McCULLOUGH, f/k/a ) | |
| Ingrid Hall, as EXECUTRIX for the ) | |
| ESTATE OF HARRIETT NIXON HALL) | |
| and PERSONAL REPRESENTATIVE ) | |
| for the ESTATE OF JAMES F. HALL, JR.) | |
| ) | |
| Defendants. ) | |
| _____) | |

### FINAL JUDGMENT AGAINST DEFENDANT McCULLOUGH
### REGARDING COUNT I OF AMENDED COMPLAINT

Pursuant to the Court's order directing a final judgment be entered against defendant Ingrid N. McCullough, it is, this 2nd day of May, 2006,

ADJUDGED that final judgment, pursuant to Fed.R.Civ.P. 55(b)(2) and 54(b), on count I of the amended complaint is entered in the sum of $1,211,328.05, plus statutory additions that accrue thereon from September 11, 2006, in favor of the United States and against Ingrid N. McCullough (f/k/a Ingrid Hall) as Executrix for the Estate of Harriett Nixon Hall.

*[signature]*